# THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FORESIGHT APPLICATIONS & | ) | Case No. 13-13290 SBB |
| SYSTEMS TECHNOLOGIES, LLC. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| FORESIGHT APPLICATIONS & | ) | Adversary No.14-01237 SBB |
| SYSTEMS TECHNOLOGIES, LLC. | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| DOCUMENT RECOVERY SOLUTION, | ) | |
| LLC, JOSHUA DINAR and DOE 1 | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on 10/27/2014 and the relevant responses and replies thereto, if any.  Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

Dated: November 20, 2014           BY THE COURT:

_____
United States Bankruptcy Court Judge